IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-00898-F

| | |
|---|---|
| BURL ANDERSON HOWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the Plaintiff's Motion for a Just, Speedy and Inexpensive Decision on Motion[s] to Alter or Amend a Judgment Rule 1 [DE-84]. In the instant motion, Plaintiff requests a decision on his previously filed motion [DE-61] to alter or amend judgment. The court's decision on that motion was contained in its Order of February 29, 2016 [DE-80]. Accordingly, the instant motion is DISMISSED as moot.

SO ORDERED.

This, the 28th day of September, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge